44,335-03
4-27-15

To Whom MAY ConcerN

I'm Writing in the Regards of CauSE #
Tr. Ct. NO. 69426-01E WR 44,335-03, To inform
you of My New Address, I haven't recieved
my ANswer from the official Court of Criminal
Appeals of TexAs, please Contact ME at
    Danny Cooks, #1968576
    1391 F.M. 3328
    Tennessee Colony, Tx
                75880

RECEIVED IN
COURT OF CRIMINAL APPEALS

APR 29 2015

Abel Acosta, Clerk